UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.: _____

Chapter: _____

Judge: _____

---

### NOTICE OF PROPOSED PRIVATE SALE

---

_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
|   |

If an objection is filed, a hearing will be held before the Honorable _____ on _____ at _____a.m. at the United States Bankruptcy Court, courtroom no. _____, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: |
|---|
|   |

| Proposed Purchaser: |
|---|
|   |

| Sale price: |
|---|
|   |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: |
|---|
| Amount to be paid: |
| Services rendered: |
|   |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: _____

Address: _____

Telephone No.: _____

*rev.8/1/15*

2