Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–14222–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fred J. Tomarchio III
aka Fred J Tomarchio
217 Blue Jay Lane
Sewell, NJ 08080

Social Security No.:
xxx–xx–0404

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           March 9, 2021
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*16* − Notice of Proposed Private Sale re: 2009 War Eagle Motorcycle.. Hearing scheduled for 03/09/2021. Filed by Richard S. Hoffman Jr. on behalf of Fred J. Tomarchio III. Objections due by 03/2/2021. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.

Dated: February 9, 2021
JAN: kaj

Jeanne Naughton
Clerk