Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  20−14222−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred J. Tomarchio III
   aka Fred J Tomarchio
   217 Blue Jay Lane
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−0404

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/27/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 27, 2021
JAN: cmf

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Fred J. Tomarchio, III  
    Debtor

Case No. 20-14222-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Apr 27, 2021      Form ID: 148      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fred J. Tomarchio, III, 217 Blue Jay Lane, Sewell, NJ 08080-9525 |
| 518759569 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 518819208 | + | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518759573 | | SoFI Lending Corp., PO Box 654158, Dallas, TX 75265-4158 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2021 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2021 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518759565 | | EDI: CITICORP.COM | Apr 28 2021 00:28:00 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 518759568 | + | EDI: CITICORP.COM | Apr 28 2021 00:28:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518759566 | + | EDI: CAPITALONE.COM | Apr 28 2021 00:28:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518759567 | | EDI: CAPITALONE.COM | Apr 28 2021 00:28:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518801730 | + | EDI: AIS.COM | Apr 28 2021 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518839387 | | EDI: CITICORP.COM | Apr 28 2021 00:28:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518759570 | | EDI: IRS.COM | Apr 28 2021 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518837436 | | EDI: JEFFERSONCAP.COM | Apr 28 2021 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518815133 | | EDI: PRA.COM | Apr 28 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518759571 | + | EDI: RMSC.COM | Apr 28 2021 00:28:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 518759572 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 27 2021 20:58:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518840033 | | Email/Text: lhunsaker@sofi.org | Apr 27 2021 20:57:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 300, Cottonwood Heights, UT 84121 |
| 518839841 | + | EDI: RMSC.COM | Apr 28 2021 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518762588 | + | EDI: RMSC.COM | Apr 28 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518759574 | | EDI: RMSC.COM | Apr 28 2021 00:28:00 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 518777909 | + | Email/Text: bankruptcy@huntington.com | Apr 27 2021 20:58:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 518759575 | + | Email/Text: bankruptcy@huntington.com | Apr 27 2021 20:58:00 | The Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Fred J. Tomarchio III rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5