| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: _____ |
|---|---|

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
                                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |

Best Buy Credit Services
PO Box 183195
Columbus, OH 43218-3195

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

CBNA
PO Box 6497
Sioux Falls, SD 57117

Home Depot Credit Services
PO Box 182676
Columbus, OH 43218-2676

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

KLM Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ  08108

PayPal Credit
PO Box 5138
Timonium, MD 21094

PRA Receivables Mgt., LLC
PO Box 41021
Norfolk, VA  23541

Quicken Loans
635 Woodward Avenue
Detroit, MI 48226

SoFI Lending Corp./Regions Bank
2750 E. Cottonwood Pkwy.
Suite 300
Cottonwood Heights, UT 84121

Synchrony Bank/Care Credit
PO Box 965061
Orlando, FL 32896-5061

```
The Huntington National Bank
PO Box 89424
Cleveland, OH  44101
```