Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14222−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fred J. Tomarchio III
aka Fred J Tomarchio
217 Blue Jay Lane
Sewell, NJ 08080

Social Security No.:
xxx−xx−0404

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/14/21
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 15, 2021
JAN: har

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 20-14222-ABA
Fred J. Tomarchio, III                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                           Page 1 of 2
Date Rcvd: Jun 15, 2021                       Form ID: 132                                          Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fred J. Tomarchio, III, 217 Blue Jay Lane, Sewell, NJ 08080-9525 |
| 518759569 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 518819208 | + | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518759573 | | SoFI Lending Corp., PO Box 654158, Dallas, TX 75265-4158 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 15 2021 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 15 2021 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518759565 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 21:00:51 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 518759568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 21:01:16 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518759566 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 15 2021 20:41:45 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518759567 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 15 2021 20:41:03 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518801730 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 15 2021 21:01:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518839387 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2021 21:00:52 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518759570 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2021 20:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518837436 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2021 20:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518815133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2021 20:41:08 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518759571 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2021 20:41:41 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 518759572 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 15 2021 20:44:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518840033 | | Email/Text: lhunsaker@sofi.org | Jun 15 2021 20:42:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy |

Case 20-14222-ABA    Doc 28    Filed 06/17/21    Entered 06/18/21 00:12:39    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: 132 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 300, Cottonwood Heights, UT 84121 |
| 518839841 | + Email/PDF: gecsedi@recoverycorp.com | | Jun 15 2021 20:41:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518762588 | + Email/PDF: gecsedi@recoverycorp.com | | Jun 15 2021 20:40:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518759574 | Email/PDF: gecsedi@recoverycorp.com | | Jun 15 2021 20:40:59 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 518777909 | + Email/Text: bankruptcy@huntington.com | | Jun 15 2021 20:43:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 518759575 | + Email/Text: bankruptcy@huntington.com | | Jun 15 2021 20:43:00 | The Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Fred J. Tomarchio  III rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5