Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  20−14222−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred J. Tomarchio III
   aka Fred J Tomarchio
   217 Blue Jay Lane
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−0404

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 9, 2021.

Dated: September 9, 2021
JAN: cmf

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14222-ABA |
| Fred J. Tomarchio, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: plncf13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fred J. Tomarchio, III, 217 Blue Jay Lane, Sewell, NJ 08080-9525 |
| 518759569 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 518819208 | + | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518759573 | | SoFI Lending Corp., PO Box 654158, Dallas, TX 75265-4158 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518759565 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 20:35:38 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 518759568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 20:35:38 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518759566 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 20:35:44 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518759567 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 20:35:35 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518801730 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 09 2021 20:35:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518839387 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2021 20:35:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518759570 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2021 20:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518837436 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2021 20:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518815133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 20:35:40 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518759571 | | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:44 | PayPal Credit, PO Box 965060, Orlando, FL 32896-5060 |
| 518759572 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 09 2021 20:21:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518840033 | | Email/Text: lhunsaker@sofi.org | Sep 09 2021 20:21:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy |

Case 20-14222-ABA  Doc 36  Filed 09/11/21  Entered 09/12/21 00:10:24  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: plncf13 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Suite 300, Cottonwood Heights, UT 84121 |
| 518839841 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518762588 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518759574 | | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:37 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 518777909 | + | Email/Text: bankruptcy@huntington.com | Sep 09 2021 20:21:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 518759575 | + | Email/Text: bankruptcy@huntington.com | Sep 09 2021 20:21:00 | The Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Fred J. Tomarchio III rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5