UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
FRED J TOMARCHIO

Case No.: __1-20-BK-14222__

Chapter: __13__

Judge: __ANDREW B ALTENBURG JR__

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: __SOFI LENDING CORP , Creditor__
(Example: John Smith, creditor)

Old address:
STE 300
2750 E COTTONWOOD PKWY
COTTONWOOD HEIGHTS UT 84121-728

New address:
SOFI LENDING CORP C/O Resurgent Cap
PO Box 10587
Greenville SC 29603-0587

New phone no.: (877) 264-5884
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: __6/7/2022__        /s/ Darla Gein
                          Signature

*rev.2/1/16*