WWR# 041048362

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
AT CAMDEN

| | |
|---|---|
| IN RE: | CASE NO. 20-14222-ABA |
| FRED J. TOMARCHIO, III | CHAPTER 13 |
| | JUDGE ANDREW B. ALTENBURG JR. |
| DEBTOR(S) | |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, SOLAR MOSAIC, INC..

Please send all further communications, pleadings, court notices, and other documents intended for SOLAR MOSAIC, INC. to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 20th day of October, 2022 addressed to:

RICHARD S HOFFMAN JR, Attorney for Debtor
RSHOFFMAN@HOFFMANDIMUZIO.COM

ISABEL C BALBOA, Trustee
535 ROUTE 38 STE 580
CHERRY HILL, NJ 08002
ibalboa@standingtrustee.com

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

FRED J. TOMARCHIO, III
217 BLUE JAY LN
SEWELL, NJ 08080-9525

,

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA


    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    BROOKLYN HEIGHTS, OH 44131
    877-338-9484
    bronationalecf@weltman.com