Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-14222 (ABA)

Fred J. Tomarchio, Iii  
217 Blue Jay Lane  
Sewell, NJ  08080

Monthly Payment: $675.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $675.00 | 02/01/2022 | $675.00 | 03/04/2022 | $675.00 | 04/01/2022 | $675.00 |
| 05/02/2022 | $675.00 | 06/02/2022 | $675.00 | 07/05/2022 | $675.00 | 08/01/2022 | $675.00 |
| 09/01/2022 | $675.00 | 10/03/2022 | $675.00 | 11/01/2022 | $675.00 | 12/02/2022 | $675.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRED J. TOMARCHIO, III | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,485.00 | $4,485.00 | $0.00 | $4,485.00 |
| 1 | CITIBANK, N.A. | 33 | $7,134.57 | $233.83 | $6,900.74 | $0.00 |
| 2 | CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,015.53 | $164.37 | $4,851.16 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $163.00 | $5.34 | $157.66 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $1,270.74 | $41.65 | $1,229.09 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 33 | $6,753.69 | $221.34 | $6,532.35 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,776.50 | $156.54 | $4,619.96 | $0.00 |
| 8 | ROCKET MORTGAGE, LLC | 24 | $457.94 | $457.94 | $0.00 | $457.94 |
| 9 | SOFI LENDING CORPORATION | 33 | $88,063.24 | $2,886.12 | $85,177.12 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $6,736.79 | $220.78 | $6,516.01 | $0.00 |
| 11 | THE HUNTINGTON NATIONAL BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FRED J. TOMARCHIO III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $7,925.85 | $7,925.85 | $0.00 | $3,821.96 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 17.00 | $0.00 |
| 09/01/2021 | Paid to Date | $8,200.00 |
| 10/01/2021 | 42.00 | $675.00 |
| 04/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $8,100.00 |
| Total paid to creditors this period: | $8,764.90 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $0.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**