| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Richard S. Hoffman, Jr., Esquire (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>**A Partnership of Professional Corporations**<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 694-3939<br>Attorneys for Debtor(s) | |
| In Re:<br><br>Fred J. Tomarchio, III | Case No.:    20-14222<br><br>Hearing Date:    2/28/2023 at 10:00 a.m.<br><br>Judge:    ABA |

**AMENDED CERTIFICATION OF DEBTOR IN SUPPORT OF
MOTION SEEKING PERMISSION FOR DEBTOR TO
SELL PROPERTY OF THE ESTATE CLEAR OF LIENS AND
ENCUMBRANCES PURSUANT TO
11 U.S.C. §1303 AND 11 U.S.C. §363**

I, Fred J. Tomarchio, III, hereby certify as follows:

1. I am the Debtor/Applicant in the above-referenced matter, having commenced and filed this case under Chapter 13 of the Bankruptcy Code on March 12, 2020.

2. This application is made to obtain Court approval for a private sale of certain real property belonging to the estate, outside of the ordinary course of business pursuant to 11 U.S.C. §363(b).

3. This Court has jurisdiction of this matter under 28 U.S.C. §1334 and §157. Among assets which constitute property of the estate are certain lands and premises located in Deptford Township, Gloucester County, New Jersey, and commonly known as 217 Blue Jay Lane Sewell, New Jersey, 08080.

4. My home at the time of filing was valued at $290,000 and was supported by a Comparative Market Analysis provided to the trustee at that time. The valuation was assumed to

be agreed upon as it was not raised as an issue by the Chapter 13 Standing Trustee in any confirmation hearing or at any other time.

5. The proposed sales price for the subject property is $450,000.00. A copy of the Contract for Sale of Real Estate is attached hereto as Exhibit "A".

6. I believe that the anticipated proceeds of sale resulting from a sale will be in excess of all mortgage liens against the subject property, as well as resulting costs of sale. I propose to pay the existing mortgage liens, real estate sale commission, and customary closing costs and to pay over to the Trustee the remaining sum.

7. In view of the foregoing, I respectfully submit that sale of the property is in the best interest of the estate, as well as its creditors, and we would request the entry of an Order authorizing and permitting a sale to proceed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: _____                    _____._____
                                                                                    Fred J. Tomarchio, III