UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 20-14222 |
| FRED J. TOMARCHIO | Chapter: | 13 |
| Debtor | Judge: | ABA |

## NOTICE OF PROPOSED PRIVATE SALE

_____Fred J. Tomarchio_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenberg, Jr.___ on ___February 28, 2023___ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   217 Blue Jay Lane, Sewell, New Jersey

Proposed Purchaser:   Mihir and Krupa Patel

Sale price:  $450,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Gina Romano | Monish "Mike" Patel | Richard S. Hoffman, Jr., Esq. |
|---|---|---|---|
| Amount to be paid: | $11,350.00 | $11,150.00 | $750.00 |
| Services rendered: | Sellers' Agent | Buyer's Agent | Seller's Bankruptcy Attorney |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Richard S. Hoffman, Jr., Esq.

Address: 412 Swedesboro Road, Mullica Hill, New Jersey 08062

Telephone No.: 856-694-3939

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-14222-ABA
Fred J. Tomarchio, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jan 27, 2023      Form ID: pdf905      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fred J. Tomarchio, III, 217 Blue Jay Lane, Sewell, NJ 08080-9525 |
| 518759569 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 518840033 | | Sofi Lending Corp, Attn Resurgent Cap, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518759565 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 20:49:59 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 518759568 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 20:49:59 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518759566 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 20:50:07 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518759567 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 20:49:56 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518801730 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2023 20:50:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518839387 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 20:49:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518759570 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2023 20:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518837436 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2023 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 519628722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 20:49:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519628723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 20:49:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518815133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 20:50:10 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518759571 | | Email/PDF: gecsedi@recoverycorp.com | | |

Case 20-14222-ABA    Doc 50    Filed 01/29/23    Entered 01/30/23 00:15:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf905 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 27 2023 20:49:56 | PayPal Credit, PO Box 965060, Orlando, FL 32896-5060 |
| 518759572 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 27 2023 20:51:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518819208 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 27 2023 20:51:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518759573 | | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 27 2023 20:49:46 | SoFI Lending Corp., PO Box 654158, Dallas, TX 75265-4158 |
| 519741414 | + | Email/Text: BKRMailOps@weltman.com | Jan 27 2023 20:51:00 | Solar Mosaic, Inc., c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 518839841 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 20:49:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518762588 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 20:49:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518759574 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 20:49:55 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 518777909 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 20:51:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 518759575 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 20:51:00 | The Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 27, 2023 | Form ID: pdf905 | Total Noticed: 26

Richard S. Hoffman, Jr.
    on behalf of Debtor Fred J. Tomarchio III rshoffman@hoffmandimuzio.com, jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5