UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee, for
Structured Asset Mortgage Investments II Inc., Prime
Mortgage Trust, Certificates, Series 2005-4

| In Re: | Case No.: | 18-16700 MBK |
| --- | --- | --- |
| Thomas Sabo | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | Michael B. Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Mortgage Payment Change filed on May 7, 2020; claim #19

_____

Date: 1/7/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*