| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4 | <br><br>**Order Filed on March 3, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.:  18-16700 MBK<br><br>Adv. No.:<br><br>Hearing Date:  2/23/2022 @ 9:00 a.m..<br><br>Judge:  Michael B. Kaplan |
| In Re:<br>    Thomas Sabo,<br><br>Debtor. | |

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-16700-MBK    Doc 85    Filed 03/03/22    Entered 03/03/22 13:25:11    Desc Main
Document      Page 2 of 3

**(Page 2)**
Debtor: Thomas Sabo
Case No: 18-16700 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS AND CERTIFICATION OF DEFAULT

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2005-4, Denise Carlon appearing, upon a certification of default as to real property located at 3419 Quaker St, Wall, NJ, 07719, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 2, 2022, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2020 through February 1, 2022 for a total post-petition default of $65,164.88 (2 mos. X $2,533.66, 4 mos. X $2,544.82, 6 mos. X $2,677.77, 3 mos. X $2,832.77, AO payments due: 1 lump sum @ $7,500.00, 5 mos. X $2,975.55, 1 mo. X $1,975.60); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $65,164.88 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2022, directly to Secured Creditor's servicer, SPS, Inc. P.O. Box 65250, Salt Lake City, UT 84165-0250 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtor: Thomas Sabo
Case No: 18-16700 MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS AND CERTIFICATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 for attorneys' fees in an amount to be included in a post-petition fee notice, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.